UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Case No. 08-00681-CR-LINARES

UNITED STATES OF AMERICA

v.

SYDNEY RAPOSO,

       Defendant.
_____/

## ORDER

**THIS CAUSE** having come before this Court on defendant Sydney Raposo's Motion for Early Termination of Probation (the "Motion") (DE 21), and this Court having considered the Motion and the Government's response in opposition to the Motion (DE 23),

**IT IS HEREBY ORDERED** that the Motion is denied.

**DONE AND ORDERED** at Newark, New Jersey this 6th day of October, 2011.

_____
HONORABLE JOSE L. LINARES
United States District Judge